# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIENGKHAM CHAOPRASRIHOMKHAO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:20-cv-00910-SKO<br><br>**ORDER LIFTING STAY TO PERMIT APPROVAL OF MOTION TO PROCEED IN FORMA PAUPERIS AND FOR SERVICE UPON DEFENDANT** |

On June 29, 2020, Plaintiff Giengkham Chaoprasrihomkhao filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying their applications for disability benefits pursuant to the Social Security Act. (Doc. 1.)  Plaintiff also filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)

On July 1, 2020, the Court entered an order staying proceedings in this matter pursuant to General Order No. 615 ("G.O. No. 615"). (Doc. 3.)  G.O. No. 615, issued April 14, 2020, stays all Social Security actions filed after February 1, 2020, until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record. *See* E.D. Cal. G.O. No. 615.

Upon reconsideration of G.O. No. 615, the Court has determined that the General Order contemplated: (1) Plaintiff's payment of the filing fee or adjudication of an application to proceed *in forma pauperis*; and (2) issuance of a summons and service of the complaint upon the Commissioner, despite staying the proceedings in all other regards.

Accordingly, it is hereby ORDERED that the stay in this matter shall be lifted for the limited purpose of: (1) adjudication of Plaintiff's pending application to proceed *in forma pauperis* (Doc.

2); and (2) issuance of the summons by the Clerk of Court to permit service of the complaint on the Commissioner.  In all other regards, the stay of proceedings in this case shall continue and will be automatically lifted when the Commissioner files the certified copy of the administrative record. *See* E.D. Cal. G.O. 615 ¶¶ 6, 10.

IT IS SO ORDERED.

Dated:   **September 22, 2020**               /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE